IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LLOYD PARKER**,

**Plaintiff,**

**v.**

**ARCHER-DANIELS-MIDLAND
COMPANY d/b/a ADM GRAIN
COMPANY,**

**Defendant.**　　　　　　　　　　　　　　　　No. 07-0477-DRH

## ORDER

**HERNDON, Chief Judge:**

On May 13, 2008, the parties filed a stipulation of dismissal with prejudice (Doc. 32). Based on the stipulation, the Court **DISMISSES with prejudice** this case. Further, the Court **ORDERS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 14th day of May, 2008.

/s/　*David R Herndon*

**Chief Judge
United States District Court**